JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA –EASTERN DIVISION

| | |
|---|---|
| SYSCO RIVERSIDE, INC., <br><br> Plaintiff, <br><br> v. <br><br> INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL NO. 683; et al., <br><br> Defendants. | Case No. 5:19-CV-01352-DDP (KKx) <br><br> **ORDER GRANTING STIPULATION [79] OF DISMISSAL WITH PREJUDICE** <br><br> Complaint Filed: July 23, 2019 <br> Trial Date: October 27, 2020 <br> District Judge: Hon. Dean D. Pregerson <br> Magistrate Judge: Hon. Kenly Kiya Kato |

ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE

The parties having stipulated and good cause appearing,

IT IS HEREBY ORDERED that pursuant to Federal Rules of Civil Procedure, Rule 41(a) that the above-captioned Complaint be dismissed with prejudice as to all claims. The parties shall bear their own attorneys' fees and costs, and expenses in connection with this action.

IT IS SO ORDERED.

Dated: November 4, 2022

_____
Honorable Dean D. Pregerson
Judge of the District Court